**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x

UNITED STATES OF AMERICA,

   -against-

MARKQUEL SIMMONS,

       Defendant.

------------------------------------x

ORDER

20 Crim. 57-17 (GBD)

GEORGE B. DANIELS, United States District Judge:

A change of plea hearing is scheduled for September 29, 2021 at 10:00 a.m.

Dated: New York, New York
   August 30, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge